# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-cr-00104-5 |
| | ) | Judge Trauger |
| CHRISTOPHER LAMONT CANNON | ) | |

## O R D E R

It is hereby ORDERED that the sentencing set for December 18, 2015 is RESET for Wednesday, December 16, 2015 at 3:00 p.m.

It is so **ORDERED.**

Enter this 8th day of December 2015.

_____
ALETA A. TRAUGER
United States District Judge